**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 13 |
| DAVID & KAREN SCOTT, | ) | |
| Debtors. | ) | No.  14-30494 |

<u>APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT</u>

COME NOW the Law Offices of Mueller & Haller, LLC, attorneys for the Debtor, (hereinafter TBC) and for their Application for Approval of Compensation and Reimbursements for the period from August 1, 2013 through February 2, 2015, states as follows:

1.      That on August 1, 2013 Debtors and TBC executed an attorney client representation agreement.  This agreement establishes the attorney's fees to be charged to Debtor's as a flat fee of $4,000.00. The time of the attorney and the staff will be recorded and billed in increments of one-tenth (.10) of the hour. The hourly attorney's fees are calculated as follows:

| $250.00 per hour | For attorneys working on the case |
|---|---|
| $75.00 per hour | For any paralegal work |
| $25.00 per hour | For any clerk work |

2.      Subsequent to the date of the execution of the agreement and the filing of this bankruptcy, TBC performed services for the Debtor.

3.      On March 28, 2014, the Debtors bankruptcy was filed.

4.      Subsequent to the filing of the Bankruptcy, TBC performed further services for the Debtors.

5.      This Application for Approval of Chapter 13 Attorney Fees is in the amount of $2,782.00(being the balance owed per the Client representation agreement signed on August 1, 2013) This agreement establishes the attorney's fees to be charged to Debtors as a flat fee of $4,000.00 for

services rendered and for expenses and advances for the period from August 1, 2013 through February 2, 2015.

6.    Attached to this Application as "Exhibit A" is an itemization of the time expended and costs incurred in this case for the period set forth above.

7.    Applicant believes that the costs of services rendered and expenses are reasonable and necessary.

8.    Attached hereto as "Exhibit B" is a Narrative of the services rendered in the above cause of action.

9.    Debtors Counsel acknowledges receipt of $18.00 pre-petition and $1,200.00 from the Trustee's office post-filing for a total of $1,218.00. Counsel requests that the Trustee disburse payments on our Application for Approval of Chapter 13 Attorney Fees above this amount.

WHEREFORE, Applicants request that this Court approve compensation in the amount of $2,782.00 for services rendered for the period from August 1, 2013 through February 2, 2015.

/s/ William A. Mueller
William A. Mueller #06187732
James J. Haller-#06226796
Attorneys for Debtor(s)
5312 West Main Street
Belleville, IL 62226
(618) 236-7000

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | | |
|---|---|---|---|---|---|---|---|---|
| 8/1/2013 | WAM | Initial Appointment-Attorney met with potential client. Prepared intake form with client | 1 | $ 250.00 | $ - | | | |
| 8/17/2013 | WAM | Bring Back Appointment-Attorney met with client to review documentation and insure information on intake is accurate and up to date. | 1 | $ 250.00 | $ 250.00 | | | |
| 8/27/2013 | Paralegal | Bring Back Appointment-Paralegal met with client to review documentation and insure information on intake is accurate and up to date. Reviewed bills in file with client to insure that all have been provided. Insured Federal and State taxes and 6 months of paystubs in file. Submitted file to attorney for review | 1 | $ 75.00 | $ 75.00 | | | |
| 8/29/2013 | Clerk | Letter to Client-follow-up to consultation and next step | 0.1 | $ 25.00 | $ 2.50 | | | |
| 9/20/2013 | Clerk | Telephone Call from Client-Left Message | 0.1 | $ 25.00 | $ - | | | |
| 9/20/2013 | Paralegal | Telephone Call to Client-Left detailed message regarding paperwork needed. | 0.2 | $ 75.00 | $ 15.00 | | | |
| 9/23/2013 | Paralegal | Telephone Call to Client-went over list of paperwork needed. | 0.1 | $ 75.00 | $ 7.50 | | | |
| 9/30/2013 | Clerk | Telephone Call from Client-Left Message regarding paperwork | 0.1 | $ 25.00 | $ - | | | |
| 10/10/2013 | Clerk | Telephone Call from Client-Left Message | 0.1 | $ 25.00 | $ - | | | |
| 10/11/2013 | Paralegal | Telephone Call to Client-reviewed documentation received from client and advised review was in process | 0.1 | $ 75.00 | $ 7.50 | | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | | FEE DUE | |
|------|------|------|------|------|------|------|------|
| 10/11/2013 | Paralegal | Review of faxed documentation received from client and Telephone Call to Client-Left message with missing documentation | 0.6 | $ | 75.00 | $ | 45.00 |
| 10/17/2013 | Clerk | Telephone Call from Client-Left Message | 0.1 | $ | 25.00 | $ | - |
| 10/18/2013 | Paralegal | Telephone Call to Client-Left detailed message regarding paperwork needed. | 0.2 | $ | 75.00 | $ | 15.00 |
| 10/18/2013 | Paralegal | Review of File before giving to Attorney | 0.2 | $ | 75.00 | $ | 15.00 |
| 10/28/2013 | Paralegal | Telephone Call to Client-regarding questions on secured loans and paystubs. | 0.1 | $ | 75.00 | $ | 7.50 |
| 11/1/2013 | Paralegal | Telephone Call to Client-left message regarding setting up signing appointment | 0.1 | $ | 75.00 | $ | 7.50 |
| 11/1/2013 | Clerk | Telephone Call from Client-Left Message | 0.1 | $ | 25.00 | $ | - |
| 11/1/2013 | Paralegal | Telephone Call to Client-left message regarding setting up signing appointment | 0.1 | $ | 75.00 | $ | 7.50 |
| 11/3/2013 | WAM | Review of file prior to preparation of filing documents. Run liquidation calculation, review credit counseling, draft plan, check budget for feasibility | 1 | $ | 250.00 | $ | 250.00 |
| 11/4/2013 | Clerk | Preparation of File for Signing Appointment-Organize file, Prepare petition, update income calculation, run pacer search for prior bankruptcies, run Lexis Nexis search for assets | 2 | $ | 25.00 | $ | 50.00 |
| 11/7/2013 | WAM | Telephone Call to Client-left message to complete Credit Counseling prior to signing appointment | 0.1 | $ | 250.00 | $ | 25.00 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | | |
|---|---|---|---|---|---|---|---|---|
| 11/8/2013 | WAM | Signing Appointment-Attorney met with client to review prepared documents page by page making necessary changes as advised by client. Review of acknowledgments page by page: Audit, general reminders, rights and responsibilities, what to do with creditors, taxes during bankruptcy, why filing a Chapter 13 bankruptcy, summary. Reviewed asset report and answered any questions from the client. Discussed issues that arose at signing, which prevented case from being filed. Discussed additional information needed RE: real estate and vehicle. | 2 | $ 250.00 | $ 500.00 | | | |
| 11/20/2013 | Paralegal | Telephone Call to Client-could not leave a message, had him paged | 0.1 | $ 75.00 | $ 7.50 | | | |
| 11/22/2013 | Paralegal | Telephone Call to Client-regarding house and vehicle and information needed | 0.2 | $ 75.00 | $ 15.00 | | | |
| 11/27/2013 | Paralegal | Telephone Call to Client-left message regarding his case, information needed to file with the bankruptcy Court | 0.1 | $ 75.00 | $ 7.50 | | | |
| 11/27/2013 | Paralegal | Telephone Call to Client-left message regarding his case and filing with the bankruptcy Court in November 2013 | 0.1 | $ 75.00 | $ 7.50 | | | |
| 12/2/2013 | Clerk | Telephone Call from Client-Left message | 0.1 | $ 25.00 | $    - | | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|------|---------------------------|-------------------------|------------|-------------|---------|--|--|
| 12/2/2013 | Paralegal | Telephone Call to Client-regarding missing paperwork and not able to file case in November 2013 without information. Requested additional paystubs and bank statements to prepare updated Bankruptcy Forms | 0.3 | $ 75.00 | $ 22.50 | | |
| 12/2/2013 | Clerk | Telephone Call from Client-Left message | 0.1 | $ 25.00 | $ - | | |
| 12/3/2013 | Paralegal | Telephone Call to Client-regarding Debtors decision not to file case until current on mortgage. Went over information that would be necessary to update file when decides to file bankruptcy | 0.3 | $ 75.00 | $ 22.50 | | |
| 12/9/2013 | Clerk | Telephone Call from Client: left message detailing job and vehicle stolen | 0.1 | $ 25.00 | $ - | | |
| 12/13/2013 | Clerk | Telephone Call from Client-Left message | 0.1 | $ 25.00 | $ - | | |
| 12/16/2013 | WAM | Telephone Call to Client-reviewed current income and vehicle stolen and the procedure to take | 0.2 | $ 250.00 | $ 50.00 | | |
| 12/17/2013 | Clerk | Telephone Call from Client-Left message regarding student loan | 0.1 | $ 25.00 | $ - | | |
| 12/18/2013 | Paralegal | Telephone Call to Client-could not leave a message, had him paged | 0.1 | $ 75.00 | $ 7.50 | | |
| 1/14/2014 | Paralegal | Receipt and Review of documents necessary for the preparation of petition from client via e-mail | 0.5 | $ 75.00 | $ 37.50 | | |
| 2/6/2014 | Paralegal | Receipt and Review of documents necessary for the preparation of petition from client via e-mail | 0.5 | $ 75.00 | $ 37.50 | | |
| 2/14/2014 | Paralegal | Telephone Call to Client-left message | 0.1 | $ 75.00 | $ 7.50 | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE |
|---|---|---|---|---|---|
| 2/20/2014 | Paralegal | Receipt and Review of documents from client necessary for the preparation of petition | 0.5 | $ 75.00 | $ 37.50 |
| 3/3/2014 | Paralegal | Telephone Call to Client-unable to leave message | 0.1 | $ 75.00 | $ 7.50 |
| 3/10/2014 | Paralegal | Telephone Call to Client-left message regarding documentation necessary for the preparation of the file | 0.2 | $ 75.00 | $ 15.00 |
| 3/13/2014 | Paralegal | Telephone Call from Client-regarding necessary paperwork for the preparation of the file | 0.3 | $ 75.00 | $ 22.50 |
| 3/13/2014 | Paralegal | Receipt and Review of documents necessary for the preparation of petition | 0.4 | $ 75.00 | $ 30.00 |
| 3/14/2014 | Paralegal | Review of File before giving to Attorney | 0.2 | $ 75.00 | $ 15.00 |
| 3/14/2014 | Paralegal | Telephone Call to Client-left message regarding setting up signing appointment | 0.1 | $ 75.00 | $ 7.50 |
| 3/14/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - |
| 3/14/2014 | Paralegal | Telephone Call to Client-left message regarding setting up signing appointment | 0.1 | $ 75.00 | $ 7.50 |
| 3/14/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - |
| 3/14/2014 | Paralegal | Telephone Call to Client-left second message regarding setting up signing appointment | 0.1 | $ 75.00 | $ 7.50 |
| 3/18/2014 | Clerk | Telephone Call from Client-left message regarding issues having with creditor | 0.1 | $ 25.00 | $ - |
| 3/19/2014 | Paralegal | Telephone Call to Client-left message regarding setting up signing appointment | 0.1 | $ 75.00 | $ 7.50 |
| 3/20/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - |
| 3/20/2014 | Paralegal | Telephone Call to Client-set up signing appointment | 0.1 | $ 75.00 | $ 7.50 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | |
|---|---|---|---|---|---|---|
| 3/21/2014 | Clerk | Preparation of File for Signing Appointment-Organize file, Prepare petition, update income calculation, run pacer search for prior bankruptcies, run Westlaw search for assets | 1 | $ 25.00 | $ 25.00 | |
| 3/26/2014 | WAM | Review of File prior to signing appointment, run liquidation calculation, completion of plan | 0.5 | $ 250.00 | $ 125.00 | |
| 3/27/2014 | WAM | Second Signing Appointment-Attorney met with client to review prepared documents page by page making necessary changes as advised by client. Review of acknowledgments page by page: Audit, general reminders, rights and responsibilities, what to do with creditors, taxes during bankruptcy, why filing a Chapter 13 bankruptcy, summary. Reviewed asset report and answered any questions from the client | 1.5 | $ 250.00 | $ 375.00 | |
| 3/28/2014 | Clerk | File Case with Court | 0.3 | $ 25.00 | $ - | |
| 3/31/2014 | Clerk | Letter to Client-Missing bank statements | 0.2 | $ 25.00 | $ 5.00 | |
| 3/31/2014 | Clerk | Letter to Client-Submit 2013 Tax Returns | 0.1 | $ 25.00 | $ 2.50 | |
| 3/31/2014 | Clerk | Letter to Client-Pre Confirmation | 0.1 | $ 25.00 | $ 2.50 | |
| 3/31/2014 | Clerk | Letter to Client-Financial Management Course | 0.1 | $ 25.00 | $ 2.50 | |
| 3/31/2014 | Paralegal | Letter to Client-Copy of Wage Order | 0.1 | $ 75.00 | $ 7.50 | |
| 4/3/2014 | Clerk | Redaction and Submission of: bank statements, tax returns, income calculation and paystubs to the Trustee's office via e-mail | 0.6 | $ 25.00 | $ 15.00 | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | |
|---|---|---|---|---|---|---|
| 4/4/2014 | Paralegal | Telephone Call from Client- review of 2013 tax returns and the necessity of filing returns | 0.1 | $ 75.00 | $ 7.50 | |
| 4/8/2014 | Paralegal | Letter to Client-Mortgage Payment Change | 0.2 | $ 75.00 | $ 15.00 | |
| 4/11/2014 | Paralegal | Receipt and Review of Proof of Claim #1-US Bank | 0.2 | $ 75.00 | $ 15.00 | |
| 4/14/2014 | Paralegal | Letter to Client-Options available on mortgage | 0.1 | $ 75.00 | $ 7.50 | |
| 4/14/2014 | Paralegal | Receipt and Review of Proof of Claim #2-Internal Revenue Service | 0.2 | $ 75.00 | $ 15.00 | |
| 4/15/2014 | Clerk | Review of File for missing bank statements and Letter to Client-Final Request for Bank Statements for upcoming 341 meeting of creditors. | 0.4 | $ 25.00 | $ 10.00 | |
| 4/15/2014 | Clerk | Review of File for missing tax returns and Letter to Client-submit 2013 tax returns. | 0.2 | $ 25.00 | $ 5.00 | |
| 4/22/2014 | Clerk | Redaction and Submission of: bank statements to the Trustee's office via e-mail | 0.2 | $ 25.00 | $ 5.00 | |
| 4/22/2014 | Clerk | Review of File for missing bank statements and Letter to Client-Final Request for Bank Statements for upcoming 341 meeting of creditors. | 0.3 | $ 25.00 | $ 7.50 | |
| 4/23/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | |
| 4/23/2014 | Paralegal | Receipt and Review of Proof of Claim #3-Sallie Mae | 0.1 | $ 75.00 | $ 7.50 | |
| 4/23/2014 | Paralegal | Receipt and Review of Proof of Claim #4-Sallie Mae | 0.1 | $ 75.00 | $ 7.50 | |
| 4/23/2014 | Paralegal | Receipt and Review of Proof of Claim #5-Sallie Mae | 0.1 | $ 75.00 | $ 7.50 | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | | FEE DUE | |
|---|---|---|---|---|---|---|---|
| 4/23/2014 | Paralegal | Receipt and Review of Proof of Claim #6-Sallie Mae | 0.1 | $ | 75.00 | $ | 7.50 |
| 4/24/2014 | Paralegal | Telephone Call to Client-regarding paystubs submitted | 0.1 | $ | 75.00 | $ | 7.50 |
| 4/25/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ | 25.00 | $ | - |
| 4/25/2014 | Paralegal | Telephone Call to Client-reviewed income prior to filing and the necessity of an affidavit for the Trustee regarding employment,  went over upcoming 341 meeting of creditors | 0.2 | $ | 75.00 | $ | 15.00 |
| 4/25/2014 | Paralegal | Preparation of Affidavit regarding Debtor's income in the six months prior to filing bankruptcy | 0.1 | $ | 75.00 | $ | 7.50 |
| 4/28/2014 | WAM | Review of Affidavit regarding Debtor's income in the six months prior to filing bankruptcy | 0.05 | $ | 250.00 | $ | 12.50 |
| 4/28/2014 | Paralegal | Letter to Client-Affidavit on Income | 0.1 | $ | 75.00 | $ | 7.50 |
| 4/29/2014 | Paralegal | Telephone Call to Client-left message regarding copy of 2013 tax returns needed for upcoming 341 Meeting of Creditors | 0.1 | $ | 75.00 | $ | 7.50 |
| 4/30/2014 | Paralegal | Receipt and Review of Proof of Claim #7-Altair OH, XIII | 0.1 | $ | 75.00 | $ | 7.50 |
| 4/30/2014 | JJH | 341 Meeting of Creditors-Review of file, met with client prior to 341 meeting, 341 hearing, 341 meeting rescheduled, instructions to staff | 0.4 | $ | 250.00 | $ | 100.00 |
| 5/1/2014 | Clerk | Letter to Client-Rescheduled 341 meeting of Creditors hearing | 0.1 | $ | 25.00 | $ | 2.50 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|------|---------------------------|-------------------------|------------|-------------|---------|--|--|
| 5/1/2014 | Clerk | Receipt of 2013 Tax Returns, redaction of necessary information and e-mail to Trustee's office | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/6/2014 | Paralegal | Receipt and Review of Proof of Claim #2-2 Internal Revenue Service | 0.2 | $ 75.00 | $ 15.00 | | |
| 5/7/2014 | Paralegal | Telephone Call to Client-regarding 2013 tax returns and the proof of claim filed by the IRS | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/7/2014 | Paralegal | Submission of affidavit for Mr. Scott's income to the Trustee's office via e-mail | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/8/2014 | Paralegal | Receipt and Review of Proof of Claim #8-Quantum 3 Group, MOMA Funding | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/8/2014 | Paralegal | Letter to Client-Sign 2013 Federal Tax Returns and return | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/9/2014 | Paralegal | Letter to Client-regarding Missouri Department of Revenue notice on unfiled tax returns | 0.2 | $ 75.00 | $ 15.00 | | |
| 5/13/2014 | Clerk | Letter to Client-regarding returned mail from creditors, correct addresses needed | 0.1 | $ 25.00 | $ 2.50 | | |
| 5/19/2014 | Clerk | Debtor stopped in office regarding status of case and current income and requested a call from attorney | 0.2 | $ 25.00 | $ - | | |
| 5/20/2014 | Paralegal | Receipt and Review of Proof of Claim #9- Illinois Department of Revenue | 0.2 | $ 75.00 | $ 15.00 | | |
| 5/22/2014 | Paralegal | Letter to Client-Student loan for third party | 0.1 | $ 75.00 | $ 7.50 | | |
| 5/27/2014 | Paralegal | Letter to Client-Illinois Department of Revenue notice on unfiled tax returns | 0.2 | $ 75.00 | $ 15.00 | | |
| 6/2/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | | |
| 6/2/2014 | Paralegal | Telephone Call to Client-not able to leave a message | 0.1 | $ 75.00 | $ 7.50 | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|------|---------------------------|-------------------------|------------|-------------|---------|---|---|
| 6/2/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | | |
| 6/2/2014 | Clerk | Telephone Call from Client-left message regarding documents he wants to pick up at the office | 0.1 | $ 25.00 | $ - | | |
| 6/3/2014 | Paralegal | Review of bill submitted to office by client and Letter to Client-bill submitted is not listed on petition, pay Court Required Amendment Fee to add | 0.2 | $ 75.00 | $ 15.00 | | |
| 6/4/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | | |
| 6/6/2014 | Paralegal | Telephone Call to Client-regarding creditor not currently listed on petition, went over amendment process | 0.2 | $ 75.00 | $ 15.00 | | |
| 6/5/2014 | Paralegal | Receipt and Review of Proof of Claim #9-2 Illinois Department of Revenue | 0.2 | $ 75.00 | $ 15.00 | | |
| 6/6/2014 | Clerk | Preparation of Amended Schedule F and Letter to Client RE: same | 0.1 | $ 25.00 | $ 2.50 | | |
| 6/9/2014 | WAM | Telephone Appointment with Client-Discussed budget and issues with case | 1 | $ 250.00 | $ 250.00 | | |
| 6/9/2014 | Paralegal | Letter to Creditor: Internal Revenue Service regarding billing statements | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/11/2014 | Paralegal | Receipt and Review of Proof of Claim #10-Capital One | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/11/2014 | Paralegal | Receipt and Review of Proof of Claim #11-Capital One | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/11/2014 | Paralegal | Telephone Call to Client-regarding how they filed their 2013 tax returns | 0.1 | $ 75.00 | $ 7.50 | | |
| 6/16/2014 | Paralegal | Receipt and Review of Proof of Claim #2-3 Internal Revenue Service | 0.2 | $ 75.00 | $ 15.00 | | |
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #12-Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE |
|---|---|---|---|---|---|
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #13-Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 |
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #14-Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 |
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #15-Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 |
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #16-Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 |
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #16-Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 |
| 6/24/2014 | Paralegal | Receipt and Review of Proof of Claim #2-4 Internal Revenue Service | 0.2 | $ 75.00 | $ 15.00 |
| 6/25/2014 | JJH | Continued Hearing-341 Meeting of Creditors-Review of file, met with client prior to 341 meeting, 341 hearing, instructions to staff | 0.4 | $ 250.00 | $ 100.00 |
| 6/26/2014 | Paralegal | Receipt and Review of Proof of Claim #13-1 Navlent Solutions | 0.1 | $ 75.00 | $ 7.50 |
| 6/27/2014 | Paralegal | Review of Notes from 341 meeting of creditors and Letter to Client-provide following 341 meeting | 0.3 | $ 75.00 | $ 22.50 |
| 6/30/2014 | Paralegal | Update Mailing Address and file Change of Address with the Bankruptcy Court | 0.1 | $ 75.00 | $ 7.50 |
| 7/1/2014 | Paralegal | Review of Trustee's Objection to Confirmation of Debtors original plan and Letter to Client regarding documentation needed | 0.4 | $ 75.00 | $ 30.00 |
| 7/2/2014 | Paralegal | Telephone Call to Client-Left message | 0.1 | $ 75.00 | $ 7.50 |
| 7/2/2014 | Paralegal | Receipt and Review of Proof of Claim #18-Rewards Network Establishment Services | 0.1 | $ 75.00 | $ 7.50 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|---|---|---|---|---|---|---|---|
| 7/9/2014 | Clerk | Receipt of Amended Schedule F, Preparation for Filing, Filing Amendment with Bankruptcy Court | 0.3 | $ 25.00 | $ 7.50 | | |
| 7/11/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | | |
| 7/15/2014 | Paralegal | Telephone Call to Client-Left message | 0.1 | $ 75.00 | $ 7.50 | | |
| 7/16/2014 | Paralegal | Telephone Call from Client-reviewed process of getting a discharge. Debtor requested information in writing | 0.2 | $ 75.00 | $ 15.00 | | |
| 7/16/2014 | Paralegal | Telephone Call to Client-letter ready for pickup | 0.1 | $ 75.00 | $ 7.50 | | |
| 7/22/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | | |
| 7/22/2014 | Paralegal | Telephone Call to Client-Left message | 0.1 | $ 75.00 | $ 7.50 | | |
| 7/22/2014 | Paralegal | Review of Trustee's Objection to Confirmation of Debtors original plan for pending Hearing | 0.3 | $ 75.00 | $ 22.50 | | |
| 7/23/2014 | Paralegal | Submission of 401k loan documents per the pending Trustee's Objection to the Trustee's office via e-mail | 0.1 | $ 75.00 | $ 7.50 | | |
| 7/23/2014 | Paralegal | Review of File for pending Agreed Order-requesting an updated Schedule J and new paystubs | 0.3 | $ 75.00 | $ 22.50 | | |
| 7/30/2014 | Paralegal | Telephone Call to Client-Left message | 0.1 | $ 75.00 | $ 7.50 | | |
| 7/30/2014 | Paralegal | Review of Claims following Claims Bar Deadline | 0.5 | $ 75.00 | $ 37.50 | | |
| 8/4/2014 | Paralegal | Telephone Call to Client-regarding 2013 tax returns and a potential motion to retain, went over options regarding purchasing a new vehicle | 0.3 | $ 75.00 | $ 22.50 | | |
| 8/5/2014 | Clerk | Letter to Client-Car loan instructions packet | 0.1 | $ 25.00 | $ - | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|------|------|------|------|------|------|------|------|
| 8/7/2014 | Paralegal | Review of documentation submitted by Debtor for a potential Motion to Retain 2013 Tax Refund | 0.4 | $ 75.00 | $ 30.00 | | |
| 8/18/2014 | Paralegal | Telephone Call to Client-review of paperwork necessary for the pending Agreed Order, reviewed potential Motion to Retain 2013 Tax Refund and additional documentation Debtors will provide | 0.3 | $ 75.00 | $ 22.50 | | |
| 8/21/2014 | Paralegal | Telephone Call to Client-left message regarding paperwork necessary for the pending Agreed Order,  IRS proof of claims and requested necessary tax returns to file objections | 0.1 | $ 75.00 | $ 7.50 | | |
| 8/22/2014 | Paralegal | E-mailed Trustee's office regarding upcoming deadline and necessity of filing a Motion for Extension of time | 0.1 | $ 75.00 | $ 7.50 | | |
| 8/22/2014 | Paralegal | Receipt and Review of Proof of Claim #19-US Bank Home Mortgage | 0.2 | $ 75.00 | $ 15.00 | | |
| 8/25/2014 | Paralegal | Preparation of Motion for Extension of Time on Agreed Order entered 7/25/2014 | 0.3 | $ 75.00 | $ 22.50 | | |
| 8/25/2014 | JJH | Review of Motion for Extension of Time on the Agreed Order entered 7/25/2014 | 0.1 | $ 250.00 | $ 25.00 | | |
| 8/25/2014 | Paralegal | Filing with Bankruptcy Court- Motion for Extension of Time on Agreed Order entered 7/25/2014 | 0.1 | $ 75.00 | $ 7.50 | | |
| 8/27/2014 | Clerk | Preparation and Filing with Bankruptcy Court- 5 Day Order on the Motion for Extension of Time | 0.2 | $ 25.00 | $ 5.00 | | |
| 8/27/2014 | Paralegal | Preparation of Amended Plan One, Amended Schedule I, Amended Schedule J | 1 | $ 75.00 | $ 75.00 | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE |
|------|------------------|------------------------|-----------|-------------|---------|
| 8/27/2014 | WAM | Attorney Review of Amended Plan One, Amended Schedule I, Amended Schedule J | 0.2 | $ 250.00 | $ 50.00 |
| 8/28/2014 | Paralegal | Letter to Client: Amended Plan One, Amended Schedule I, Amended Schedule J | 0.1 | $ 75.00 | $ 7.50 |
| 9/4/2014 | Paralegal | Receipt and Review of Proof of Claim #21-Missouri Department of Revenue | 0.3 | $ 75.00 | $ 22.50 |
| 9/4/2014 | Paralegal | Receipt and Review of Proof of Claim #20-Missouri Department of Revenue | 0.3 | $ 75.00 | $ 22.50 |
| 9/8/2014 | Paralegal | Telephone Call to Client-left message regarding upcoming deadline | 0.1 | $ 75.00 | $ 7.50 |
| 9/8/2014 | Paralegal | Telephone Call from Client-regarding amendments on upcoming deadline | 0.1 | $ 75.00 | $ 7.50 |
| 9/9/2014 | Paralegal | Receipt, preparation and filing with the Bankruptcy Court:  Amended Plan One, Amended Schedule I, Amended Schedule J | 0.4 | $ 75.00 | $ 30.00 |
| 9/9/2014 | Paralegal | E-Mailed Income Calculation and Paystubs to Trustee's office-Karen and David, E-mailed Turner Form | 0.2 | $ 75.00 | $ 15.00 |
| 9/9/2014 | Paralegal | Letter to Client- Missouri Department of Revenue proof of claim, requesting information on taxes filed. | 0.2 | $ 75.00 | $ 15.00 |
| 9/16/2014 | Paralegal | Telephone Call to Client-regarding Proof of Claims filed by the IRS, Missouri Department of Revenue. Reviewed information necessary for filing an objection. Set Debtor up with phone appointment with attorney to discuss further | 0.4 | $ 75.00 | $ 30.00 |
| 9/22/2014 | Paralegal | Receipt and Review of Proof of Claim #22-Missouri Department of Labor & Industrial Relations | 0.4 | $ 75.00 | $ 30.00 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | | FEE DUE | |
|------|---------------------------|-------------------------|------------|-------------|---|---------|---|
| 9/22/2014 | RAH | Telephone Appointment with Attorney-to discuss tax issues with Internal Revenue Service and Missouri Department of Revenue | 1 | $ | 250.00 | $ | 250.00 |
| 9/23/2014 | Paralegal | Letter to Client- follow-up letter from appointment regarding information necessary to object to proof of claims filed by: Internal Revenue Service, Missouri Department of Revenue and Missouri Department of Labor I Industrial Relations | 0.2 | $ | 75.00 | $ | 15.00 |
| 10/1/2014 | Paralegal | Letter to Client-Mortgage Payment Change | 0.1 | $ | 75.00 | $ | 7.50 |
| 10/3/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ | 25.00 | $ | - |
| 10/3/2014 | Paralegal | Telephone Call to Client-left message | 0.1 | $ | 75.00 | $ | 7.50 |
| 10/7/2014 | Paralegal | Telephone Call from Client-reviewed notes from telephone appointment with attorney on 9/22/2014 and what was required to object to proof of claims filed by: Internal Revenue Service, Missouri Department of Revenue and Missouri Department of Labor I Industrial Relations | 0.2 | $ | 75.00 | $ | 15.00 |
| 10/9/2014 | Paralegal | Letter to Client-Copy of Internal Revenue Service's proof of claim | 0.1 | $ | 75.00 | $ | 7.50 |
| 10/10/2014 | Paralegal | Telephone Call to Client-left message | 0.1 | $ | 75.00 | $ | 7.50 |
| 10/16/2014 | Clerk | Receipt and redaction of 2013 Tax returns, submission to Trustee's office via e-mail | 0.3 | $ | 25.00 | $ | 7.50 |
| 10/17/2014 | Paralegal | Preparation of Motion to Continue Hearing on Trustee's Objection to Amended Plan 1 | 0.3 | $ | 75.00 | $ | 22.50 |
| 10/17/2014 | JJH | Review of Motion to Continue Hearing on Trustee's Objection to Amended Plan 1 | 0.1 | $ | 250.00 | $ | 25.00 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE |
|---|---|---|---|---|---|
| 10/17/2014 | Paralegal | Filing of Motion to Continue Hearing on Trustee's Objection to Amended Plan 1, E-Mailed Potential Order to Bankruptcy Court | 0.2 | $ 75.00 | $ 15.00 |
| 10/27/2014 | Paralegal | Telephone Call to Client-left message | 0.1 | $ 75.00 | $ 7.50 |
| 11/11/2014 | Paralegal | Receipt, review of letter from mortgage company regarding  mortgage loan and Letter to client on same | 0.1 | $ 75.00 | $ 7.50 |
| 11/14/2014 | Paralegal | Receipt and Review of Proof of Claim 2-5- Internal Revenue Service | 0.3 | $ 75.00 | $ 22.50 |
| 12/1/2014 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - |
| 12/5/2014 | Paralegal | Telephone Call to Client-left message | 0.1 | $ 75.00 | $ 7.50 |
| 12/9/2014 | RAH | Telephone Call to Client-unable to connect call or leave message | 0.1 | $ 250.00 | $ 25.00 |
| 12/11/2014 | Paralegal | Letter to Client-Update Schedule J and provide paystubs | 0.1 | $ 75.00 | $ 7.50 |
| 12/16/2014 | Paralegal | Receipt and calculation of Income using paystubs provided by Debtors, review of Amended Plan | 0.7 | $ 75.00 | $ 52.50 |
| 12/22/2014 | Paralegal | Letter to Client-status of lawsuit | 0.2 | $ 75.00 | $ 15.00 |
| 12/23/2014 | Paralegal | Letter to Client-contact office | 0.1 | $ 75.00 | $ 7.50 |
| 1/5/2015 | Paralegal | Letter to Client- Amended Schedule I, Amended Schedule J, Amended Plan | 0.1 | $ 75.00 | $ 7.50 |
| 1/12/2015 | Paralegal | E-Mail to Trustee's office regarding upcoming deadline, Preparation of Motion for Extension of Time on pending Deadline | 0.3 | $ 75.00 | $ 22.50 |
| 1/15/2015 | JJH | Review of Motion for Extension of Time on pending Deadline | 0.1 | $ 250.00 | $ 25.00 |
| 1/15/2015 | Paralegal | File with Bankruptcy Court the Motion for Extension of Time on pending Deadline, E-Mail potential Order to Bankruptcy Court | 0.1 | $ 75.00 | $ 7.50 |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|---|---|---|---|---|---|---|---|
| 1/19/2015 | WAM | In Office Appointment with Debtors- to discuss the pending Agreed Order regarding tax liability and options on case | 1 | $ 250.00 | $ 250.00 | | |
| 1/20/2015 | Paralegal | Receipt and review of documents submitted by the Debtors for: Internal Revenue Service Proof of Claim,  Missouri Department of Revenue Proof of Claim and Missouri Department of Labor I Industrial Relations Proof of Claim | 0.5 | $ 75.00 | $ 37.50 | | |
| 1/21/2015 | Paralegal | Telephone Call to Client-left message | 0.1 | $ 75.00 | $ 7.50 | | |
| 1/29/2015 | Clerk | Telephone Call from Client-left message | 0.1 | $ 25.00 | $ - | | |
| 2/2/2015 | Paralegal | Preparation of Fee Application | 6 | $ 75.00 | $ - | | |
| 2/2/2015 | WAM | Review of Fee Application | | $ 250.00 | $ - | | |
| 2/2/2015 | JJH | Review of Fee Application | 0.3 | $ 250.00 | $ - | | |
| | | | | $ - | $ - | | |
| | TOTALS | | 51.55 | | $ 4,717.50 | | |

| DATE | | Mailings | NUMBER OF PAGES | | EXPENSE AMOUNT DUE | | |
|---|---|---|---|---|---|---|---|
| 8/26/2014 | | Letter to Client-follow-up to initial appointment | 1 | | $ 0.50 | | |
| 3/31/2014 | | Letter to Client-Missing bank statements | 1 | | $ 0.50 | | |
| 3/31/2014 | | Letter to Client-Missing bank statements | 1 | | $ 0.50 | | |
| 3/31/2014 | | Letter to Client-Submit 2013 Tax Returns | 1 | | $ 0.50 | | |
| 3/31/2014 | | Letter to Client-Pre Confirmation | 1 | | $ 0.50 | | |
| 3/31/2014 | | Letter to Client-Financial Management Course | 1 | | $ 0.50 | | |
| 3/31/2014 | | Letter to Client-Copy of Wage Order | 2 | | $ 0.50 | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|---|---|---|---|---|---|---|---|
| 4/8/2014 | | Letter to Client-Mortgage Payment Change | 2 | | $    0.50 | | |
| 4/14/2014 | | Letter to Client-Options available on mortgage | 5 | | $    0.50 | | |
| 4/15/2014 | | Letter to Client-Missing bank statements-Final request | 1 | | $    0.50 | | |
| 4/15/2014 | | Letter to Client-Missing 2013 Tax Returns | 1 | | $    0.50 | | |
| 4/28/2014 | | Letter to Client-Affidavit on Income | 2 | | $    0.50 | | |
| 5/1/2014 | | Letter to Client-Rescheduled 341 meeting of Creditors hearing | 1 | | $    0.50 | | |
| 5/8/2014 | | Letter to Client-Sign 2013 Federal Tax Returns and return | 3 | | $    0.50 | | |
| 5/9/2014 | | Letter to Client-regarding Missouri Department of Revenue notice on unfiled tax returns | 3 | | $    0.50 | | |
| 5/13/2014 | | Letter to Client-regarding returned mail from creditors, correct addresses needed | 1 | | $    0.50 | | |
| 5/22/2014 | | Letter to Client-Student loan for third party | 2 | | $    0.50 | | |
| 5/27/2014 | | Letter to Client-Illinois Department of Revenue notice on unfiled tax returns | 5 | | $    0.50 | | |
| 6/3/2014 | | Letter to Client-bill submitted is not listed on petition, pay Court Required Amendment Fee to add | 3 | | $    0.50 | | |
| 6/6/2014 | | Letter to Client-Amended Schedule F | 3 | | $    0.50 | | |
| 6/27/2014 | | Letter to Client-provide following 341 meeting | 1 | | $    0.50 | | |
| 7/1/2014 | | Letter to Client regarding documentation needed for Trustee's Objection | 1 | | $    0.50 | | |
| 7/9/2014 | | Amended Schedule F (2 x .50/letter = $1.00) | | | $    1.00 | | |
| 7/23/2014 | | Letter to Client-requesting an updated Schedule J and new paystubs | 3 | | $    0.50 | | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|------|---------------------------|-------------------------|------------|-------------|---------|---|---|
| 8/5/2014 | | Letter to Client-Car loan instructions packet | 5 | | $ | 0.50 | |
| 8/27/2014 | | Letter to Client: Amended Plan One, Amended Schedule I, Amended Schedule J | 12 | | $ | 0.50 | |
| 9/9/2014 | | Letter to Client- Missouri Department of Revenue proof of claim, requesting information on taxes filed. | 3 | | $ | 0.50 | |
| 9/9/2014 | | Amended Plan #1 (44 x .50/letter = 22.00) | 44 | | $ | 22.00 | |
| 9/9/2014 | | Amended Schedule I and Amended Schedule J ( 1 x.50/letter = .50 ) | 1 | | $ | 0.50 | |
| 9/23/2014 | | Letter to Client- provide taxes for Internal Revenue Service, Missouri Department of Revenue and Missouri Department of Labor I Industrial Relations | 6 | | $ | 0.50 | |
| 10/1/2014 | | Letter to Client-Mortgage Payment Change | 2 | | $ | 0.50 | |
| 10/9/2014 | | Letter to Client-Copy of Internal Revenue Service's proof of claim | 2 | | $ | 0.50 | |
| 11/11/2014 | | Receipt, review of letter from mortgage company regarding  mortgage loan and Letter to client on same | 2 | | $ | 0.50 | |
| 12/11/2014 | | Letter to Client-Update Schedule J and provide paystubs | 3 | | $ | 0.50 | |
| 12/22/2014 | | Letter to Client- Status of lawsuit | 3 | | $ | 0.50 | |
| 12/23/2014 | | Letter to Client-contact office | 1 | | $ | 0.50 | |
| 1/5/2015 | | Letter to Client- Amended Schedule I, Amended Schedule J, Amended Plan | 14 | | $ | 0.50 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total | $ | 12.50 | |

| DATE | PERSON PREFORMING SERVICE | DESCRIPTION OF SERVICES | TIME SPENT | HOURLY RATE | FEE DUE | | |
|------|---------------------------|-------------------------|------------|-------------|---------|---|---|
| DATE | | COPIES | NUMBER OF PAGES | | EXPENSE AMOUNT DUE | | |
| 4/30/2014 | | Free copy of petition given at 341 meeting of creditors | | | $ - | | |
| 7/9/2014 | | Amended Schedule F (2 pages front and back x 2 = 4 Pages) | 4 | | $ 0.40 | | |
| 9/9/2014 | | Amended Plan #1 (5 pages front and back x 44 copies = 220 pages) | 220 | | $ 22.00 | | |
| 9/9/2014 | | Amended Schedule I and Amended Schedule J ( 3 pages front and back x1 = 3 Pages ) | 3 | | $ 0.30 | | |
| | | | | Total | $ 22.70 | | |
| | | | | | | | |
| | | | Total Attorney Fees | | $ 4,717.50 | | |
| | | | Total Costs | | $ 35.20 | | |
| | | | Total Fees and Costs | | $ 4,752.70 | | |
| | | | Fees Received to Date | | $ 1,218.00 | | |
| | | | Fees Requesting | | $2,782.00 | | |

**EXHIBIT "B"**
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS UNDER |
| DAVID & KAREN SCOTT, | ) | CHAPTER 13 |
| | ) | BK 14-30494 |
| Debtor. | ) | |

## **NARRATIVE**

Counsel for Debtor has completed the following work for the period set forth in the attached Application.

1.      Completed Schedules and Statements of Financial Affairs filed in the United States Bankruptcy Court.

2.      Negotiated disputes and claims of various creditors.

3.      Court appearances on behalf of the Debtor on various motions.

4.      Facilitated compliance with U.S. Trustee.

5.      Negotiations with secured creditors on lease issues.

6.      Preparation and negotiation of disclosure statement and plan of reorganization.

Dated:   February 5, 2015.

/s/  William Mueller